**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                          CASE NO.: 4:08cr19-SPM

SHAWN FOOTMAN,

      Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

      PURSUANT TO the Report and Recommendation (doc. 28) of the United States Magistrate Judge William Sherrill, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **SHAWN FOOTMAN**, to Count One of the indictment (doc. 1) is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

      DONE AND ORDERED this <u>sixteenth</u> day of July, 2008.


                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge