UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                            Case Nos.: 4:08cr19/MCR/CAS
                                                                                4:16cv208/MCR/CAS

SHAWN FOOTMAN,

      Defendant.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 12, 2016. (ECF No. 70). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of Defendant's timely filed objections. (*See* ECF No. 76).

Having considered the Presentence Investigation Report as well as the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be adopted.

4:08cr19/MCR/CAS & 4:16cv208/MCR/CAS

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate, set aside, or correct sentence (ECF No. 69) is **DENIED.**

3. A certificate of appealability is **DENIED**

**DONE AND ORDERED** this 18th day of July, 2016.

s/ *M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE